FILED
2007 APR 06 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
93 FEB 25 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB 25 1993

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROLAND MARKETING, INC., et al., | ] |
| Plaintiffs, | ] |
| vs. | ] Civil Action 91-C-1511-S |
| ALFRED LAWRENCE MERRILL, et al., | ] |
| Defendants. | ] |
| ADAMS BROTHERS PRODUCE COMPANY, INC., | ] |
| Plaintiff, | ] |
| vs. | ] Civil Action 91-C-2249-S |
| A. L. MERRILL, et al., | ] |
| Defendants. | ] |

### FINDING OF FACTS AND CONCLUSIONS OF LAW

The above styled matter having come on this the 22nd day of February, 1993, for trial, and upon conclusion of the evidence presented by Plaintiffs and Defendants, the Court finds as follows:

1. Beginning on or about February 19, 1990, Plaintiffs sold perishable agricultural commodities ("produce") to Alfred Lawrence Merrill aka A. Larry Merrill ("Larry Merrill"), a sole proprietor, doing business as Larry Merrill Produce Company, Larry Merrill Food Service, Larry Merrill Consolidated, Larry Merrill Produce Company/Phoenix, Inc., and Larry Merrill Produce Company/Birmingham, Inc.

2. Each of the Plaintiffs sold produce to Larry Merrill in Interstate commerce.

3. All of the produce sold by Plaintiffs was accepted by Larry Merrill.

4. Larry Merrill failed to pay for all of the produce sold by Plaintiffs.

5. Certain Plaintiffs gave written notice of their intent to preserve trust benefits to Larry Merrill and filed the trust notices with the U.S. Department of Agriculture ("USDA") within

69

thirty (30) days after expiration of their payment terms with Larry Merrill pursuant to the Perishable Agricultural Commodities Act of 1930, 7 U.S.C. § 499(e)(c)(3) ("PACA").

6. Between April, 1991 and May, 1991, Plaintiff Roland Marketing, Inc. sold Larry Merrill a total of $ 38,385.65 worth of potatoes of which $ 38,385.65 is preserved under the PACA Trust.

7. Between April, 1991 and May, 1991, Plaintiff AAOC, Inc. dba All American of California sold Larry Merrill a total of $ 394,832.92 worth of vegetables of which $ 368,084.17 is preserved under the PACA Trust.

8. On February, 1991, Plaintiff Action Produce sold Larry Merrill $ 5,869.00 worth of lettuce of which $ 5,869.00 is preserved under the PACA Trust.

9. Between June, 1991 and July, 1991, Plaintiff Adams Brothers Produce Company, Inc. sold Larry Merrill a total of $ 10,973.81 worth of fruits and vegetables of which $ 10,973.81 is preserved under the PACA Trust.

10. Between September, 1990 and February, 1991, Plaintiff Kash Dovolis dba American Food Service sold Larry Merrill a total of $ 38,168.86 worth of vegetables of which $ 17,269.50 is preserved under the PACA Trust.

11. Between February, 1991, and March, 1991, Plaintiff R & A Atagi Produce sold Larry Merrill a total of $ 28,541.70 worth of onions of which $ 28,541.70 is preserved under the PACA Trust.

12. Between March, 1991 and April, 1991, Plaintiff Blue Jack Marketing, Inc. sold Larry Merrill a total of $ 135,503.40 worth of vegetables of which $ 135,503.40 is preserved under the PACA Trust.

13. Between November, 1990 and March, 1991, Plaintiff Boskovich Farms, Inc. sold Larry Merrill a total of $ 28,771.60 worth of vegetables of which $ 28,771.60 is preserved under the PACA Trust.

14. Between November, 1990 and March, 1991, Plaintiff Harvey F. Brush dba Brush Ranches sold Larry Merrill a total of $ 28,765.65 worth of melons and vegetables of which $ 0.00 is preserved under PACA Trust.

15. Between December, 1990 and February, 1991, Plaintiff Cardinal Distributing Co., Inc. sold Larry Merrill a total of $ 16,049.45 worth of vegetables of which $ 13,092.45 is preserved under PACA Trust.

16. On August, 1990, Plaintiff Coastal Berry Corp. sold Larry Merrill $ 1,731.60 worth of strawberries of which $ 1,731.60 is preserved under PACA Trust.

17. Between September, 1990 and December, 1991, Plaintiff Cornucopia Trading Co. sold Larry Merrill a total of $ 28,801.57 worth of citrus of which $ 0.00 is preserved under PACA Trust.

18. On November 14, 1990, Plaintiff D'Arrigo Bros. of California sold Larry Merrill $ 4,578.00 worth of lettuce of which $ 0.00 is preserved under PACA Trust.

19. Between February, 1991 and March, 1991, Plaintiff Desert Distributing Co. sold Larry Merrill a total of $ 5,379.00 worth of lettuce of which $ 0.00 is preserved under PACA Trust.

20. On February, 1990, Plaintiff Dole Fresh Fruit Company sold Larry Merrill $ 1,072.47 worth of pineapple of which $ 1,072.47 is preserved under PACA Trust.

21. Between February, 1991 and March, 1991, Plaintiff Dole Fresh Vegetables, Inc. sold Larry Merrill a total of $ 49,975.80 worth of vegetables of which $ 42,294.60 is preserved under PACA Trust.

22. Between January, 1991 and February, 1991, Plaintiff E.A.T. Fresh Produce, Inc. sold Larry Merrill a total of $ 34,818.65 worth of vegetables of which $ 34,747.40 is preserved under PACA Trust.

23. On June, 1991, Plaintiff Flavor-Pic Tomato Co., Inc. sold Larry Merrill $ 34,925.50 worth of tomatoes of which $ 34,925.50 is preserved under PACA Trust.

24. On September, 1990, Plaintiff Golden Plains, Inc. sold Larry Merrill $ 5,770.80 worth of cantaloupes of which $ 0.00 is preserved under PACA Trust.

25. Between October, 1990 and November, 1990, Plaintiff Joe Genova & Associates, Inc. sold Larry Merrill a total of $ 89,567.60 worth of fruit of which $ 89,567.60 is preserved under PACA Trust.

26. Between October, 1990 and November, 1990, Plaintiff Growers Vegetable Express sold Larry Merrill a total of $ 30,134.75 worth of vegetables of which $ 30,134.75 is preserved under PACA Trust.

27. On December, 1990, Plaintiff H & H Orchards Packing Co. sold Larry Merrill $ 13,066.90 worth of apples of which $ 0.00 is preserved under PACA Trust.

28. On October, 1990, Plaintiff Hines and Company, Inc. sold Larry Merrill $ 1,815.00 worth of onions of which $ 1,815.00 is preserved under PACA Trust.

29. On December, 1990, Plaintiff Kern Ridge Growers, Inc. sold Larry Merrill $ 8,560.60 worth of carrots and potatoes of which $ 8,560.60 is preserved under PACA Trust.

30. On December, 1989, Plaintiff Macchiaroli Citrus Co., Inc. sold Larry Merrill $ 14,175.00 worth of minneolas of which $ 0.00 is preserved under PACA Trust.

31. Between February, 1990 and January, 1991, Plaintiff Merrill Farms Corporation sold Larry Merrill a total of $ 11,980.35 worth of vegetables of which $ 11,980.35 is preserved under PACA Trust.

32. Between June, 1991 and July, 1991, Plaintiff Montery Mushrooms, Inc. (Loudon) sold Larry Merrill a total of $ 5,000.00 worth of mushrooms of which $ 3,087.50 is preserved under

PACA Trust.

33. Between May, 1991 and July, 1991, Plaintiff Montery Mushrooms, Inc. (Watsonville) sold Larry Merrill a total of $ 4,444.50 worth of mushrooms of which $ 2,680.75 is preserved under PACA Trust.

34. Between August, 1990 and October, 1990, Plaintiff Okray Family Farms sold Larry Merrill a total of $ 30,636.65 worth of potatoes of which $ 8,535.00 is preserved under PACA Trust.

35. Between July, 1990 and August, 1990, Plaintiff Same Perricone Citrus Co. sold Larry Merrill a total of $ 14,468.10 worth of citrus of which $ 14,468.10 is preserved under PACA Trust.

36. Between June, 1991 and July, 1991, Plaintiff The Players Sales, Inc. sold Larry Merrill a total of $ 39,459.00 worth of vegetables of which $ 37,420.00 is preserved under PACA Trust.

37. Between October, 1990 and December, 1990, Plaintiff San Miguel Produce, Inc. sold Larry Merrill a total of $ 3,330.60 worth of vegetables of which $ 0.00 is preserved under PACA Trust.

38. On October, 1990, Plaintiff Schaffner Packing, Inc. sold Larry Merrill $ 5,164.30 worth of broccoli of which $ 0.00 is preserved under PACA Trust.

39. Between June, 1990 and January, 1991, Plaintiff Scherer Bros. Corporation sold Larry Merrill a total of $ 43,705.48 worth of fruits and vegetables of which $ 13,582.95 is preserved under PACA Trust.

40. Between June, 1991 and July, 1991, Plaintiff Seashore Fruit & Produce West, Inc. sold Larry Merrill a total of $ 41,685.65 worth of fruits and vegetables of which $ 16,776.10 is preserved under PACA Trust.

41. On August, 1991, Plaintiff Tuchten-Altman Company sold Larry Merrill $ 27,352.00 worth of grapes of which $ 27,352.00 is preserved under PACA Trust.

42. On August, 1990, Plaintiff Turbana Fruit sold Larry Merrill $ 10,907.50 worth of peaches of which $ 10,907.50 is preserved under PACA Trust.

43. Between April, 1991 and May, 1991, Plaintiff Floyd Wilcox and Sons, Inc. sold Larry Merrill a total of $ 19,272.16 worth of potatoes of which $ 19,272.16 is preserved under PACA Trust.

44. Plaintiffs in aggregate sold to Larry Merrill $ 1,307,641.57 worth of fresh fruits and vegetables of which $ 1,057,403.16 is preserved under the PACA Trust.

45. From the onset of this litigation Plaintiffs collected $ 341,000.00 to be applied against Larry Merrill individually.

46. Larry Merrill ran the various Merrill Companies' day-to-day operations.

47. Larry Merrill was responsible for the various Merrill Companies' financial dealings.

48. Larry Merrill had full knowledge and responsibility for his undertakings as Statutory Trustee of Plaintiffs' trust assets pursuant to the PACA.

49. Larry Merrill went out of business on or about July 21, 1991.

50. Between February 1990, and July, 1991, Larry Merrill dissipated Plaintiffs' interest in PACA trust assets, failed to maintain the trust and breached his duties as Trustee under PACA.

51. Between February 19, 1990 and July 21, 1991, Larry Merrill transferred $ 75,000.00 of PACA trust assets to his wife, Caroline Merrill.

52. The Court concludes Larry Merrill is indebted to Plaintiffs in the amount of $ 1,307,641.57 less any amount Plaintiffs collected from the onset of the litigation and of that amount the Plaintiffs are entitled to $ 1,057,403.16 as preserved PACA trust claims, less any monies collected from the onset of the litigation.

53. Caroline Merrill is indebted to Plaintiffs in the amount of $ 75,000.00 for receipt of Plaintiffs' PACA trust funds.

54. Plaintiffs shall compute the amount of Pre Judgment interest at the Federal Judgment Rate.

53. Costs shall be taxed against the Defendants.

IT IS SO ORDERED.

Dated:
February 24, 1993

U. W. Clemon
Judge of District Court.